# United States Bankruptcy Court
# Southern District of New York

In re Desphie Sutherland
Debtor(s)

Case No. 26-11448-JPM
Chapter 13

**ORDER – DEBTOR'S REQUEST FOR THIRTY-DAY EXTENSION**

IT IS HEREBY ORDERED that the debtor's motion is *granted.*

The debtor has until 7/20/2026 to file a credit counseling certificate and a copy of any debt repayment plan, if such plan is created as part of credit counseling.

New York, New York

Date: June 23, 2026

BY THE COURT

____/s/ John P. Mastando III_________
*United States Bankruptcy Judge*