# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 6/23/2026 |
| Case: 26−11448−jpm | Form ID: pdf001 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Thomas C. Frost | info@FrostSDNY13.com |
| aty | Charles Wertman | charles@cwertmanlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Desphie Sutherland | 1202 E. 222 Street | Bronx, NY 10469 |

TOTAL: 1